UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CARMEN MILLER,**

    **Plaintiff,**

v.                                        **Case No: 5:13-cv-249-Oc-10PRL**

**FLORIDA HOSPITAL WATERMAN, INC.**

    **Defendant.**

## ORDER

Pending before the Court is Plaintiff's Motion Requesting Release of Deposition Copies. (Doc. 37). Plaintiff requests that the Court order Defendant to provide a copy of the depositions to Plaintiff because the cost ($1,175.18) is "prohibitive adversely to affect [her] case if [she] can't have access to the information [*sic*]." She claims that she could not receive the transcript request from the court reporter in a timely manner because she accidentally placed it in her draft box.

Under Local Rule 3.01(g), "Before filing any motion in a civil case … the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." Plaintiff has failed to confer with opposing counsel and include the required Rule 3.01(g) certification in the instant motion.

Upon due consideration, Plaintiff's motion (Doc. 37) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Ocala, Florida on November 26, 2014.

- 2 -

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties